**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ADRIAN COSS and MARIBEL OCAMPO, individually and on behalf of all other Illinois citizens similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BEST BUY STORES, L.P., <br><br> Defendant. | Case No. 22-CV-04280 |

**NOTICE OF VOLUNTARY DISMISSAL**

NOW COME the Plaintiffs, ADRIAN COSS and MARIBEL OCAMPO ("Plaintiffs"), by their undersigned attorney, and pursuant to FRCP 41(a)(2)(A)(i) Plaintiffs voluntarily dismiss their individual and putative class action claims against Defendant BEST BUY STORES, L.P. *without* prejudice:

1. Each party shall bear their own costs and legal fees.

2. Plaintiffs respectfully request that this Honorable Court vacate all deadlines in this matter, including the date for Defendant's answer.

/s/ *James C. Vlahakis*
SULAIMAN LAW GROUP, LTD.
2500 Highland Avenue Suite 200
Lombard, IL 60148
630-581-5456
jvlahakis@sulaimanlaw.com

*Counsel for Plaintiffs
ADRIAN COSS and MARIBEL OCAMPO
and the putative class members*

**Certificate of Service**

    I certify that on today's date of September 7, 2022, I emailed a copy of this filing upon counsel for Defendant, who is listed below:

Dawn Rausch
Senior Corporate Counsel
Best Buy Enterprise Services, Inc.
7601 Penn Avenue South, Richfield, MN 55423,
Dawn.Rausch@bestbuy.com

/s/ *James C. Vlahakis*
SULAIMAN LAW GROUP, LTD.
2500 Highland Avenue Suite 200
Lombard, IL 60148
630-581-5456
jvlahakis@sulaimanlaw.com

*Counsel for Plaintiffs*
*ADRIAN COSS and MARIBEL OCAMPO*
*and the putative class members*